# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCHANT TRANSACTION SYSTEMS INC.<br><br>**Plaintiff(s),**<br><br>v.<br><br>ROBERT E. LANE and DARRELL WEST<br><br>**Defendant(s).** | **CASE NO.** SA CV08-1058-DOC(RNBx)<br><br>**JUDGMENT RE DEFENDANT ROBERT E. LANE** |

Default having being entered on April 24, 2009, and notice of entry of default having being given on April 28, 2009, this court hereby enters judgment in favor of the plaintiff Merchant Transaction Systems, Inc. against defendant Robert E. Lane in the amount of four million five hundred and ninety-four thousand one hundred dollars and no cents ($4,594,100.00)

DATED: August 25, 2009

_____
DAVID O. CARTER
United States District Judge